IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08-MJ-004-SRW |
| | ) | |
| JOHN WAYNE JORDAN, JR. | ) | |

**MOTION TO AMEND THE COMPLAINT**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves to amend the complaint in the above-styled case. As grounds for such, states as follows:

1. A criminal complaint and arrest warrant in the above-styled case were filed on February 4, 2008. The complaint and arrest warrant contain clerical errors.

2. The complaint incorrectly states that the "defendant did unlawfully possess with the intent to distribute controlled substances, in violation of Title 18, United States Code, Section 841."

3. The complaint should read that the "defendant did unlawfully possess with the intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841."

4. The arrest warrant incorrectly charges "him or her with unlawfully distributing controlled substances, in violation of Title 18, United States Code, Section 841."

5. The arrest warrant should charge "him or her with unlawfully possessing with the intent to distribute a controlled substance, in violation of Title 21, United States

Code, Section 841."

WHEREFORE, the government requests that the court order that the complaint and arrest warrant in the above-styled case be corrected and amended to reflect the correct charges.

Respectfully submitted this the 4th day of February, 2008.

                      LEURA G. CANARY
                      UNITED STATES ATTORNEY

                      /s/ A. Clark Morris
                      A. CLARK MORRIS
                      Assistant United States Attorney
                      131 Clayton Street
                      Montgomery, Alabama 36104
                      Telephone: (334) 223-7280
                      Fax: (334) 223-7135
                      E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08-MJ-004-SRW |
| | ) | |
| JOHN WAYNE JORDAN, JR. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov