IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08mj004-SRW |
| | ) | |
| JOHN WAYNE JORDAN, JR., | ) | |

## **ORDER**

Upon consideration of the government's motion to amend complaint (Doc. # 4), filed February 4, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 4th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE