# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:08-MJ-00004-SRW-1 |
| | * |
| JOHN WAYNE JORDAN, | * |
| | * |
| DEFENDANT. | * |

## WAIVER OF PRELIMINARY HEARING

Comes now John Wayne Jordan and files this his waiver of preliminary hearing presently set for 9:30 a.m., February 8, 2008 and in support thereof states the following:

1. The defendant is scheduled for a preliminary hearing on February 8, 2008.

2. The undersigned has been in discussion with AUSA Clark Morris regarding this matter. The parties have determined that the most appropriate disposition of this matter is to waive the preliminary hearing.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
AUSA
P. O. Box 197
Montgomery, Alabama 36101


Respectfully submitted,

s/Susan G. James  
SUSAN G. JAMES  
Attorney at Law  
600 South McDonough Street  
Montgomery, Alabama 36104  
Phone: (334) 269-3330  
Fax: (334) 834-0353  
E-mail: sgjamesandassoc@aol.com  
Bar No: JAM012