IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO.  2:08-MJ-00004-SRW-1 |
| | * |
| JOHN WAYNE JORDAN, | * |
| | * |
| DEFENDANT. | * |

## WAIVER OF DETENTION

Comes now John Wayne Jordan and files this his waiver of detention hearing presently set for 9:30 a.m., February 8, 2008 and in support thereof states the following:

1.  The Government has moved for detention.  The hearing has been set for February 8, 2008.

2.  The undersigned has been in discussion with AUSA Clark Morris regarding this matter. The parties have determined that the most appropriate disposition of this matter is to waive the detention hearing at this time suspect to having it at a later time.

3.  There are mental health and drug treatment issues that need to be restored before a detention hearing is conducted.

4.  Wherefore the defendant requests that this Court cancel the presently st detention hearing subject to resetting at a later day once the outstanding issues addressed above are handled.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
AUSA
P. O. Box 197
Montgomery, Alabama 36101


Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012