IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08mj004-SRW |
| | ) | |
| JOHN WAYNE JORDAN, JR., | ) | |

**ORDER**

Defendant in this case waived a detention hearing and preliminary examination (see Doc. # # 10, 11, filed February 7, 2008). Accordingly, based on the statutory presumption of detention in this case, and for good cause stated in the motion for detention hearing (Doc. # 3) filed October 4, 2008, it is

ORDERED that the motion is GRANTED to the extent of its request for detention. It is further

ORDERED that the detention/preliminary examination scheduled for February 8, 2008 is CANCELLED. Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 7th day of February, 2008.

<u>/s/ Susan Russ Walker</u>
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE