**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FEB 1 2 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. **3:08cr24-MEF** |
| v. ) | [21 U.S.C. 841(a)(1)] |
| ) | |
| JOHN WAYNE JORDAN, JR. ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That on or about the 2nd day of February, 2008, in Macon County, within the Middle District of Alabama, the defendant,

JOHN WAYNE JORDAN, JR.,

did knowingly, intentionally, and unlawfully possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

*/s/ Marie A. Halling*
FOREPERSON

*/s/ Clark Morris*
A. CLARK MORRIS
Assistant United States Attorney