IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 3:08CR24-MEF |
| | ) | |
| JOHN WAYNE JORDAN, JR. | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____February 27, 2008,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

JOHN WAYNE JORDAN, JR.

before the United States District Court at _____One Church Street, Montgomery, AL_____

in Courtroom 5-A on the _27th_ Day of _____February, 2008_____

at _____10:30 a.m._____

DONE this _13th_ day of February, 2008.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By:   *Kelli Gregg*
Deputy Clerk