IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO. 3:08-cr-00024-MEF-WC-1 |
| | * | |
| JOHN WAYNE JORDAN, | * | |
| | * | |
| DEFENDANT. | * | |

## WAIVER OF SPEEDY TRIAL RIGHTS

Pursuant to 18 U.S.C. 3161 et. Seq., I hereby waive my Speedy Trial Right.

Respectfully submitted this 12th day of March 2008.

_____
John Wayne Jordan

_____
Susan G. James
ASB7965-J64S
Counsel for John Wayne Jordan

Of Counsel:

Law Office of
Susan G. James & Associates
600 S. McDonough St.
Montgomery, AL 36104
(334) 269-3330
(334) 263-4888

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon Clark Morris, Assistant United States Attorney, P. O. Box 197, Montgomery, Alabama 36101, 36104 this 12th day of March 2008.

_____
Of Counsel