IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08cr24-MEF |
| | ) | |
| JOHN WAYNE JORDAN | ) | |

### **ORDER**

Upon consideration of defendant's motion for release from custody (Doc. # 21), filed March 12, 2008, and for good cause, it is

ORDERED that the motion is GRANTED to the extent that defendant shall appear for a bond hearing on March 17, 2008 at 2:15 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce the defendant for the hearing.

DONE, this 13th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE