## IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

UNITED STATES OF AMERICA,      *

         *

     PLAINTIFF,       *

         *

v.               * CASE NO. 3:08cr00024-MEF-WC-1

         *

JOHN WAYNE JORDAN,     *

         *

     DEFENDANT.     *

## MOTION TO CONTINUE (UNOPPOSED)

Comes now John Wayne Jordan, by and through undersigned counsel, and files this unopposed motion to continue the presently set trial of April 28, 2008 and, in support thereof, states the following:

1. Jordan was released on bond for psychological and neurological testing on March 17, 2008. As part of his release plan, he will enter the NarcAnon Drug Rehabilitation and Treatment Program in Louisiana and the program is anticipated to last 4-6 months. His release was unopposed by the United States Government.

2. Counsel has previously filed, on behalf of Jordan, a waiver of speedy trial. Wherefore it is respectfully requested that this case be placed on the Court's inactive docket until such time as Jordan returns from the drug rehabilitation program.

3. It is anticipated that this case will be resolved by way of a plea agreement upon Jordan's return. Wherefore it is respectfully requested that this case be continued for 6 months. AUSA Clark Morris has no objection to this continuance.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB-7956-J64S