IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 3:08cr00024-MEF-WC-1 |
| | * |
| JOHN WAYNE JORDAN, | * |
| | * |
| DEFENDANT. | * |

## MOTION TO CONTINUE

Comes now John Wayne Jordan, by and through undersigned counsel, and files this unopposed motion to continue the presently set trial of August 11, 2008 and, in support thereof, states the following:

1. Counsel apologizes for the delay in this request. She has been out of town for the last three weeks with her son who was a finalist in the National High School Rodeo finals in Farmington, New Mexico.

2. Jordan was released on bond for psychological and neurological testing on March 17, 2008. As part of his release plan, he is currently participating in the NarcAnon Drug Rehabilitation and Treatment Program in Louisiana. The program is anticipated to last 4-6 months. His release was unopposed by the United States Government.

3. Counsel has spoken with Jordan's sister, Jennifer Nelms, and she reported that Jordan is nearing the completion of the rehabilitation program. Upon release, Jordan will be transported back to Mobile where he will be reevaluated by McCullers and have his medication properly adjusted.

4. It is anticipated that this case will be resolved by way of a plea agreement upon Jordan's return. Wherefore it is respectfully requested that this case be continued for an additional 60 days to allow time for Jordan's transport and medical evaluation.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB-7956-J64S