IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-024-MEF |
| | ) | |
| JOHN WAYNE JORDAN | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue (Doc. #35) filed on August 1, 2008, it is hereby

ORDERED that the government show cause in writing on or before August 4, 2008 as to why the motion should not be granted.

DONE this the 1st day of August, 2008.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE