IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:08-cr-0024-MEF |
| | ) | |
| JOHN WAYNE JORDAN, JR. | ) | |

## RESPONSE TO COURT ORDER

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and informs the court that it has no objection to a continuance in the above-styled cause.

WHEREFORE, the government requests that the court grant the continuance and order the case continued.

Respectfully submitted this the 4th day of August, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov