IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO.: 3:08cr24-MEF |
| ) | |
| **JOHN WAYNE JORDAN, JR.** ) | |

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from August 11, 2008 to January 26, 2009 and for good cause, it is

ORDERED that the counsel for the parties shall appear for a pretrial conference on December 19, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 7th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE